Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT

for the

District of

Division

|  |  |
|---|---|
| Carl washington | Case No. 5:21-cv-00349 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.  If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☐ Yes  ☐ No |
| -v- |  |
| City of Beckley | FILED |
| (Beckley Police Department) | JUN 2 1 2021 |
| *Defendant(s)* | RORY L. PERRY II, CLERK U.S. District Court Southern District of West Virginia |
| *(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* |  |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Carl Washington |
| Street Address | 3012 Hummingbird Lane |
| City and County | Augusta /Richmond County |
| State and Zip Code | Georgia |
| Telephone Number | (706)829-4734 |
| E-mail Address | cwashington610@gmail.com |

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

Name — City of Beckley/Beckley Police Department

Job or Title *(if known)* —

Street Address — 501 Neville St.

City and County — Beckley/Raleigh

State and Zip Code — WVa. 25801

Telephone Number — (304) 256-1720

E-mail Address *(if known)* —

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*    Carl Washington                              , is a citizen of the State of *(name)*    Georgia                              .

2.    If the plaintiff is a corporation

The plaintiff, *(name)*                                    ., is incorporated under the laws of the State of *(name)*                                    , and has its principal place of business in the State of *(name)*

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant,  *(name)*                                    , is a citizen of the State of *(name)*                                    . Or is a citizen of *(foreign nation)*

2.    If the defendant is a corporation

The defendant,  *(name)*    City of Beckley/Beckley Police Department    , is incorporated under the laws of the State of *(name)*    WVa                              , and has its principal place of business in the State of *(name)* Or is incorporated under the laws of *(foreign nation)* and has its principal place of business in *(name)*

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

The Negilence and accountability to do a through and complete investigation in which was mishandled in the start, The Beckley Police failed to follow the proper steps during a homicide investigation and in which was comprimised in every aspect.

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)* April 14, 2014 , at *(place)* 1214 S. Fayette St. ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Negilence & fail to secure Crime scene during a homicide Investigation.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Due to the Negilence, accountability, During the Investigation & Alread the trial being comprimised before it got started I demand 1,000,000 for relief.

## V.        Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        5-13-2021

Signature of Plaintiff        Carl D. Washington
Printed Name of Plaintiff        Carl Washington

### B.        For Attorneys

Date of signing:        _____

Signature of Attorney        _____
Printed Name of Attorney        _____
Bar Number        _____
Name of Law Firm        _____
Street Address        _____
State and Zip Code        _____
Telephone Number        _____
E-mail Address        _____