UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

CARL WASHINGTON,

    Plaintiff,

v.                          CIVIL ACTION NO. 5:21-cv-00349

THE CITY OF BECKLEY,
BECKLEY POLICE DEPARTMENT,

    Defendants.

## JUDGMENT ORDER

In accordance with the Order entered this same date dismissing the Plaintiff's Complaint, the Court **ORDERS** that this case be **DISMISSED** and **STRICKEN** from the docket.

The Court directs the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 25, 2021

Frank W. Volk
United States District Judge